UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CASTILLO, ) | 1:07-cv-0704 OWW DLB |
| ) | |
|         Plaintiff, ) | ORDER AFTER SCHEDULING |
| ) | CONFERENCE |
|   v. ) | |
| ) | Further Scheduling |
| SILVER CREST WESTERN HOMES ) | Conference: 12/12/07 8:45 |
| CORPORATION (a corporation); ) | Ctrm. 8 |
| CHAMPION HOMES (a corporation); ) | |
| HONEYWELL (a corporation); DOES ) | |
| 1 through 20 (manufacturers of ) | |
| mobile home); DOES 21 through 40 ) | |
| (sellers and distributors of ) | |
| mobile homes); DOES 41 through ) | |
| 50 (manufacturers, sellers and ) | |
| distributors of heating unit); ) | |
| EDWARD MUNK (biological father ) | |
| of Decedent Danielle Munk), ) | |
| inclusive, ) | |
| ) | |
|         Defendants. ) | |
| _____ ) | |
| CHAMPION HOME BUILDERS CO., and ) | |
| WESTERN HOMES CORPORATION dba ) | |
| SILVERCREST; ) | |
| ) | |
|         Cross-Complainants, ) | |
| ) | |
|   v. ) | |
| ) | |
| HONEYWELL INTERNATIONAL, INC., ) | |
| and MOES 1 through 50, ) | |
| ) | |
|         Cross-Defendants. ) | |
| _____ ) | |
| ) | |

1

**I.   Date of Scheduling Conference.**

September 19, 2007.

**II.   Appearances Of Counsel.**

The Cartwright Law Firm, Inc., by Robert E. Cartwright, Jr., Esq., appeared on behalf of Plaintiff.

Klinedinst - Attorneys of Law by Ian Rembrandt, Esq., appeared on behalf of Champion Home Builders Co. and Western Homes Corporation dba Silver Crest.

Flynn, Gaskins & Bennett, L.L.P., by Jeannine L. Lee, Esq., appeared on behalf of Honeywell International, Inc.

**III.   Summary of Pleadings.**

1.   Plaintiff Linda Castillo's Second Amended Complaint was filed originally in Merced County Superior Court against Silver Crest Western Homes Corporation, Champion Homes, Honeywell International Inc., Madison Mobile Homes, various Doe Defendants, and Edward Munk.  Plaintiff asserts claims of wrongful death, negligence, breach of express warranty, breach of implied warranty, strict product liability, and survival action, arising out of the November 13, 2005, death of her daughter, Danielle Munk, in a mobile home fire.  Specifically, Plaintiff alleges that Defendant Silver Crest Western Homes Corporation, Champion Homes, Madison Mobile Homes, and/or Doe Defendants 1 through 40 manufactured, sold, and distributed the mobile home, and that Honeywell International Inc. and/or Doe Defendants 41 through 50 manufactured, sold, and distributed the heating unit in the mobile home, and that each was defective and caused Danielle Munk's death.  Plaintiff also named Edward Munk, the biological father of Danielle Munk, as a Defendant, alleging that his

whereabouts were not known; Edward Munk has not been served. Defendants Champion Home Builders Co. (erroneously sued as Champion Homes) and Western Homes Corporation dba Silver Crest (erroneously sued as Silver Crest Western Homes Corporation) answered, denying Plaintiff's allegations, and asserted a cross-complaint for contribution and indemnity against Honeywell International Inc.; Honeywell International Inc. answered, denying Plaintiff's allegations, and asserted a cross-complaint against Champion Home Builders Co. and Western Homes Corporation dba Silver Crest and Honeywell International Inc. each answered the respective cross-complaints, denying the allegations. Madison Mobile Homes was dismissed as a party in April 2007, and Honeywell timely filed a Notice of Removal on May 11, 2007.

III.  Status of Case.

   1.   Mr. Cartwright advises that the Plaintiff intends to substitute herself in place and stead of her present attorney and/or she will obtain a new attorney.

   2.   Plaintiff shall have sixty (60) days, through and including November 20, 2007, to obtain a new attorney.  A copy of this Order shall be individually served on Linda Castillo.  Mr. Cartwright has provided Linda Castillo's address for service of this Order as follows:

        Linda Castillo
        P. O. Box 163
        Dos Palos, CA 93620

   3.   Plaintiff shall file a supplemental scheduling report by November 30, 2007.  A further Scheduling Conference shall be held in this case on December 12, 2007, at 8:45 a.m.  The parties

3

1 | may appear telephonically.
2 |     **CAUTION**
3 |     4.   Plaintiff is absolutely required to file and advise the
4 | Court of the status of her legal representation on or before
5 | November 30, 2007, and to further comply with this Order
6 | requiring a supplemental scheduling statement regarding the
7 | status of her legal representation in this case.  A failure to
8 | comply with this Order may result in the imposition of sanctions.
9 |
10 | IT IS SO ORDERED.
11 | **Dated:   September 20, 2007**           /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE