UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINDA CASTILLO, | ) | 1:07-cv-0704 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER RE: VOLUNTARY |
| | ) | DISMISSAL WITHOUT PREJUDICE |
| v. | ) | |
| | ) | |
| SILVER CREST WESTERN HOMES CORPORATION (a corporation); CHAMPION HOMES (a corporation); HONEYWELL (a corporation); DOES 1 through 20 (manufacturers of mobile homes); DOES 21 through 40 (sellers and distributors of mobile homes); DOES 41 through 50 (manufacturers, sellers and distributors of heating unit); EDWARD MUNK (biological father of Decedent Danielle Munk), inclusive, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| CHAMPION HOME BUILDERS CO., and WESTERN HOMES CORPORATION dba SILVERCREST; | ) ) ) ) | |
| Cross-Complainants, | ) ) | |
| v. | ) ) | |
| HONEYWELL INTERNATIONAL, INC., and MOES 1 through 50, | ) ) ) | |
| Cross-Defendants. | ) ) ) | |

1

1    A Scheduling Conference was held December 12, 2007, at 8:45
2 a.m. in Courtroom 3 before the Honorable Oliver W. Wanger.
3    Plaintiff, Linda Castillo, appeared with her brother, Joe
4 Castillo.
5    Reina Noiya, Esq., appeared for Silver Crest Western Homes
6 Corporation and Champion Homes Corporation.
7    Jeannine Lee, Esq., appeared on behalf of Honeywell
8 Corporation.
9    Mrs. Castillo has advised that at the present time, she has
10 not located counsel and wishes time to do so.  She does not
11 presently wish to continue with the case until a later date.
12 Accordingly, this action, with the consent of Plaintiff, Linda
13 Castillo, is DISMISSED WITHOUT PREJUDICE.

15 IT IS SO ORDERED.
16 **Dated:   December 18, 2007**           **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE